AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED - USDC -NH
2023 JUN 12 AM 11:14

Carlos Francisco Alvarez Rodriguez
_Petitioner_

v.                                    Case No. _____
                                              (Supplied by Clerk of Court)

FCI Berlin, Warden
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Carlos Francisco Alvarez Rodriguez
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: FCI Berlin
   (b) Address: P.O. Box 9000, Berlin, NH 03570
   (c) Your identification number: 12856-104
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: U.S. District Court Southern District of Florida
      (b) Docket number of criminal case: 13-20618-CR-Moreno
      (c) Date of sentencing: 5/18/2016
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _Federal Bureau of Prisons (BOP)_
   (b) Docket number, case number, or opinion number: _FSA time credit Assessment_
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _BOP denial to apply all already earned FTC credits towards early release AND towards pre-release custody RRC/HC._
   (d) Date of the decision or action: _05/07/23_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: _Petitioner should be already housed in a Residential Reentry Center once all his FTC credits are applied, making the administrative remedy process futile._

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: Petitioner should be already housed in a Residential Reentry Center once all his FTC credits are applied, making the administrative remedy process futile.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☒ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: Petitioner should be already housed in a Residential Reentry Center once all his FTC credits are applied, making the administrative remedy process futile.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No

If "Yes," answer the following:
(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
  ☐ Yes    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes     ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner has earned a total of 765 days of FTC credits, which are divided as follows: i) 365 days toward early release and ii) 400 days toward RRC/HC, pursuant to the FSA statute.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
As it is shown in exhibit A attached herein, Petitioner's FSA Time Credit Assessment report provided by BOP on 05/07/23, shows a total of 765 days. 365 days toward early release and 400 days toward RRC/HC.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☐ No  N/A

**GROUND TWO:** According to the FSA statute, FTC credits shall be applied when the amount of FTC credits is equal to the remainder of the prisoner's imposed term of imprisonment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner's amount of credits is more than the remainder of prisoner's imposed term of imprisonment, therefore he should be already housed at a Residential Reentry Center, however he still in a Federal Prison. Please see memorandum for legal arguments.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☐ No  N/A

**GROUND THREE:** Petitioner has not exhausted administrative remedies.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner should be already housed at a Residential Reentry Center once all his FTC credits are applied, making the administrative remedy process futile. Please see memorandum for legal arguments and case law.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No  N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Petitioner respectfully asks this Honorable Court to expidite this motion under the same basis. Petitioner's date to be transferred to a RRC has long passed, therefore, it does not allow the normal § 2241 process to move forward at its normal pace.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Petitioner asks respectfully that this Honorable Court orders the Warden to respond to this motion as soon as possible, hopefully in no more than (1) week, and allow Petitioner one week to reply to the Warden's response.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No   N/A

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: Petitioner respectfully asks this Honorable Court to apply all FTC credits already earned and instruct BOP to transfer Petitioner immediately to a RRC to finish his time and confirm that Petitioner will begin his supervised release term on 11/16/23, at which time he will be transferred to an ICE facility to determine his Immigration status.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 6/8/23

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6/7/23

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Print    Save As...                                                         Reset

Carlos Francisco Alvarez Rodriguez
12856-104
Federal Correctional Institution Berlin
P.O. Box 9000
Berlin, NH 03570





⇔12856-104⇔
U S District Court
District of New Hampshire
55 Pleasant ST
Concord, NH 03301
United States

Attn: Clerk of the Court

