```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Carlos Francisco Alvarez Rodriguez

    v.

FCI Berlin, Warden
                                Case No. 23-cv-311-SE-AJ

### JUDGMENT

In accordance with the Endorsed Order by Judge Samantha D. Elliott dated September 27, 2023, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: September 28, 2023

cc: Carlos Francisco Alvarez Rodriguez, pro se
    Counsel of Record